**FILED**
January 27, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 11-0028-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| KEN WONG, ) | PERSON IN CUSTODY |
| Defendant. ) | |
| ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KEN WONG, Case No. MAG. 11-0028-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00

    _X_ Co-Signed Unsecured Appearance Bond

    \_\_\_ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    \_\_\_ (Other) _____.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 01-27-2011 at 2:20 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge